IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 18-cv-00921-CMA-SKC

THEODORE FERGUSON,

   Plaintiff,

v.

DEPUTY TED CLIFTON,
DEPUTY FITZPATRICK, and
DEPUTY NAVARRO,

   Defendants.

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND GRANTING DEFENDANTS' MOTION TO DISMISS**
_____

This matter is before the Court on the Recommendation by United States Magistrate Judge S. Kato Crews (Doc. # 85), wherein he recommends that this Court grant Defendants Deputy Clifton's, Deputy Fitzpatrick's, and Deputy Navarro's Motion to Dismiss (Doc. # 49) pursuant to Federal Rule of Civil Procedure 12(b)(6). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 85 at 19–20.) Despite this advisement, no objections to the Recommendation have been filed. "[T]he district court is accorded considerable discretion with respect to

the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

After reviewing the Recommendation of Magistrate Judge Crews and all relevant pleadings and legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 85) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. # 49) is GRANTED. This action is DISMISSED WITH PREJUDICE in its entirety. It is

FURTHER ORDERED that the following motions are DENIED AS MOOT:

i. Plaintiff's Motion to Sequester Defendants and Witness Testimony (Doc. # 43);

ii. Plaintiff's Motion for Disclosure of Pending Civil Action (Doc. # 44);

iii. Plaintiff's Motion for a Gag Order (Doc. # 45);

iv. Plaintiff's Motion for Settlement Negotiations (Doc. # 70); and

v. Plaintiff's Motion for Appointment of Counsel (Doc. # 71).

DATED: February 28, 2019

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge